Scott J. Sagaria (SBN 217981)
Elliot W. Gale (SBN 263326)
Joe Angelo (SBN 268542)
SAGARIA LAW, P.C.
2033 Gateway Pl., 5th Floor
San Jose, CA 95110
Telephone: (408) 279-2288
Facsimile: (408) 297-2299

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGGIE SATO,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX, INC., et al,<br><br>Defendants. | Case No.: 3:16-cv-05702-WHO<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT SPECIALIZED LOAN SERVICING, LLC;**<br>**ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Reggie Sato and defendant Specialized Loan Servicing, LLC that Specialized Loan Servicing, LLC be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//

DATED: April 25, 2017       **Sagaria Law, P.C.**

             By: */s/ Elliot Gale*
                Elliot Gale
                Attorney for Plaintiff Reggie Sato

DATED: April 25, 2017       **The Ryan Firm**

             By: */s/ Timothy Matthew Ryan*
                Timothy Matthew Ryan
                Attorney for Defendant Specialized Loan
                Servicing, LLC

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Timothy Matthew Ryan has concurred in this filing.

*/s/ Elliot Gale*

# ORDER

   Pursuant to the stipulation of the Parties, Specialized Loan Servicing, LLC is dismissed with prejudice.

   IT IS SO ORDERED.

DATED: May 4, 2017                 
                 Hon. William H. Orrick
                 UNITED STATES DISTRICT JUDGE